ACCEPTED
03-15-00116-CR
6375344
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 4:47:38 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00116-CR

COURT OF APPEALS

FOR THE

AUSTIN SUPREME JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 4:47:38 PM
JEFFREY D. KYLE
Clerk

---

CHRISTOPHER QUINN RIVERA,
Appellant

VS.

THE STATE OF TEXAS,
Appellee

---

APPEAL FROM

THE 428TH JUDICIAL DISTRICT COURT

HAYS COUNTY, TEXAS

TRIAL COURT CAUSE NO. CR-14-0448

---

**First Motion For Extension
of Time in Which to File State's Brief**

---

John Couch
Assistant Criminal District Attorney
712 S. Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
Ph: (512) 393-7600 / Fax: (512) 393-2246
State Bar No. 24048407
john.couch@co.hays.tx.us
Attorney for the State of Texas

## TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

The State files this *First Motion for Extension of Time in Which to File State's Brief*, and in support states:

1. The State's current deadline for filing its brief is August 7, 2015.

2. This is the State's first request for an extension of time in which to file its brief.

3. The State respectfully requests an extension of approximately thirty days, until September 6, 2015 in which to file its brief.

4. Good cause exists for the State's request for extension of time in which to file its brief. The attorney of record is currently the prosecutor in a felony jury trial.

5. These circumstances have significantly delayed the completion of this brief.

6. This extension is not being sought to cause undue delay, but to seek justice.

7. For the foregoing reasons, the State respectfully requests that the Court grant an approximate thirty day extension for filing Appellee's Brief, until September 6, 2015.

Respectfully submitted,

_____
John Couch
  Assistant Criminal District Attorney
  Hays County Government Center
  712 South Stagecoach Trail, Ste. 2057
  San Marcos, Texas, 78666
  Tel: 512-393-7600
  John.couch@co.hays.tx.us
  State Bar No. 24048407
  Attorney for the State of Texas

## VERIFICATION

The foregoing Appellant Motion for Extension of Time in Which to File Appellant's Brief was subscribed and sworn to before me by John Couch on this _August 5_ , 2015.

_____
John Couch
Assistant Criminal District Attorney

RHONDA WIEDERSTEIN
MY COMMISSION EXPIRES
September 9, 2018

_R Wiederstein_
_____
Notary Public in and for the State of Texas

## CERTIFICATE OF SERVICE

I certify that on _August 5_, 2015, I served the above motion by email to Rickey D. Jones at rickey@satx.rr.com, in accordance with the Texas Rules of Appellate Procedure.

John Couch
Assistant Criminal District Attorney